ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
APR 0 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
WILLIAM E ELDER ) Case No. 06-52237 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, HARLEY DAVIDSON CREDIT in the above entitled matter was returned marked: RETURN TO SENDER-UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $250.47 as an unclaimed dividend.

 Claim # 3  HARLEY DAVIDSON CREDIT
       8529 INNOVATION WAY
       CHICAGO, IL 60682

Dated: March 31, 2011

               DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TO THE ORDER OF

HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL 60682

**RECEIVED**
OCT 27 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

ID#99947WSED 357957183
BANK OF...
RETURN TO SENDER

MAILED FROM ZIP CODE 95032
UNITED STATES POSTAGE $00.44°
PITNEY BOWES
02 1M
0004264685   OCT 14 2010

NIXIE      606   DE   1         00   10/22/10
           RETURN TO SENDER
           REFUSED
           UNABLE TO FORWARD

BC: 951500001310        *2756-03056-14-41